

# Global Network

This page introduces various domestics sites of LG Display.

**Global - Sales Office/Subsidiary**

## America

### LG Display America, Inc.
**Address**  2540 North First Street, Suite 400, San Jose, CA 95131, U.S.A

### Austin Representative Office
**Address**  9600 Great Hills Trail, Suite 150W, Austin, TX 78759, U.S.A.

### Houston Representative Office
**Address**  19500 State Highway 249, Suite 260, Houston, TX 77070

### LA Representative Office
**Address**  750 The City Drive South Ste 300, Orange, CA 92868, U.S.A.

### San Diego Representative Office
**Address**  2791 Loker Ave. W., Carlsbad, CA 92010, U.S.A.

### Detroit Representative Office
**Address**  2800 Livernois Road, Building #E, Suite 370, Troy, MI, 48083

### Washington Representative Office
**Address**  1111 Pennsylvania Avenue, NW, Washinton, DC 20004

## Europe

### LG Display Germany GmbH
**Address**  Alfred-Herrhausen-Alle 3-5, in 65760 Eschborn, Germany

### Istanbul liaison office
**Address**  Buyukdere Caddesi Nurol Plazza No255 A Blok kat 8 Maslak/Istanbul Turkey

## Asia

### LG Display Japan Co., Ltd.
**Address**  Kyobashi Trust Tower 12F, 2-1-3 Kyobashi, Chuo-ku, Tokyo, Japan (104-0031)

### Osaka Representative Office
**Address**  Sakaisuji best building 12F, Osaka-fu, Osaka-shi, Chuo-ku, Minamisenba, 1 Chome−16−13 (542-0081)

### Japan Lab.
**Address**  2F, Glass Cube Shinagawa, 4-13-14, Higashi shinagawa, Shinagawa-ku, Tokyo, Japan (140-0002)

### LG Display Taiwan Co., Ltd.
**Address**  9F., No. 89, Sec.2, Tiding Blvd., Neihu Dist., Taipei City, 11493, Taiwan, R.O.C.

### LG Display Shanghai Co., Ltd.
**Address**  18 Floor, Longzhimeng Building, 1018 Changning Road, Shanghai, 200042, China

### Qingdao Representative Office
**Address**  Room 2302 YuanYang Mansion, No.61 Hongkong Middle Road, Qingdao, China

### Beijing Representative Office
**Address**  Room 1009, West Tower, Twin Towers, B-12 Jianguomenwai Avenue, Chaoyang District, Beijing, PRC

### LG Display Shenzhen Co., Ltd.
**Address**  10/F, Modern International Building, No 3038 Jintian Road, Futian District, Shenzhen, 518036, China

### LG Display Guangzhou Co., Ltd.
**Address**  No.88.Kaida Road, Science City of Guangzhou, High-Tech Industrial Development Zone, 510663, China.

### LG Display Singapore Pte. Ltd.
**Address**  8 Temasek Boulevard #25-01 Suntec Tower 3 Singapore 038988

### Penang Representative Office
**Address**  No. 55-21-C&D, Menara Northam, Jalan Sultan Ahmad Shah, 10050, Georgetown, Penang, Malaysia

