IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., AND LG ELECTRONICS U.S.A., INC.,<br><br>  Defendants. | CIVIL ACTION NO. 6:21-cv-00122<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE OF VENUE AND JURISDICTIONAL DISCOVERY REGARDING DEFENDANT LG'S OPPOSED MOTION TO TRANSFER VENUE**

Plaintiff Gesture Technology Partners, LLC ("GTP" or "Plaintiff") and Defendants LG Electronics Inc. ("LGE"), and LG Electronics U.S.A., Inc. ("LG USA") (collectively, "Defendants" or "LG") file this Joint Notice of Venue and Jurisdictional Discovery Regarding Defendant LG's Opposed Motion to Transfer Venue (Dkt. No. 23) (the "Motion to Transfer"), as follows:

Defendants filed the Motion to Transfer on July 2, 2021. Under the governing rules, GTP's response would be due on July 9, 2021. However, GTP has notified Defendants that, in order to adequately respond to the Motion to Transfer, it intends to conduct venue and jurisdictional discovery in accordance with the Court's Amended Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases dated June 8, 2021 (the "Standing Order"). The parties will attempt to agree concerning the scope for venue and jurisdictional discovery. If they

1

are unable to do so, they will seek a telephonic conference with the Court pursuant to the Standing Order.

Dated: July 9, 2021                                Respectfully submitted,

By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff Gesture Technology Partners, LLC.*

By: */s/ Matthew Satchwell*
John M. Guaragna
Texas Bar No. 24043308
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000

        Austin, TX 78701
        Phone: (512) 457-7000
        john.guaragna@us.dlapiper.com

        Matthew Satchwell (Pro Hac Vice)
        Paul Steadman (Pro Hac Vice)
        Stephanie Lim (Pro Hac Vice)
        DLA PIPER LLP (US)
        444 West Lake Street, Suite 900
        Chicago, IL 60606
        Phone: (312) 368-4000
        matthew.satchwell@us.dlapiper.com
        paul.steadman@us.dlapiper.com
        stephanie.lim@us.dlapiper.com

        *Counsel for Defendants LG Electronics Inc. and*
        *LG Electronics U.S.A., Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 9, 2021, the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

## CERTIFICATE OF CONERENCE

The undersigned hereby certifies that counsel for Gesture Technology Partners, LLC and counsel for LG Electronics Inc. and LG Electronics U.S.A., Inc. met and conferred, and all parties agree to filing the foregoing document as a joint notice.

*/s/ Fred I. Williams*
Fred I. Williams