# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 6:21-cv-00123 |
| v. | **JURY TRIAL DEMANDED** |
| LG ELECTRONICS INC. AND LG ELECTRONICS U.S.A., INC., | |
| Defendants | |

## JOINT NOTICE TO CHANGE DEADLINE

Plaintiff Gesture Technology Partners, LLC ("Plaintiff" or "GTP") and Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. (collectively, "LG") (collectively, the "Parties") have met and conferred regarding modification of the deadline for Plaintiff to respond to Defendant's Opposed Motion to Transfer (Dkt. No. 23). The Parties hereby notify the Court that the deadline has changed from October 18, 2021, to October 20, 2021. The Parties do not seek to modify any other deadline. The Parties do not seek this modification for the purposes of delay.

Dated: October 18, 2021

Respectfully submitted,

By: */s/ Michael Simons*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com

Todd E. Landis
State Bar No. 24030226

WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Gesture Technology Partners, LLC*

By: */s/ Matthew Satchwell*
John M. Guaragna
Texas Bar No. 24043308
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701
Phone: (512) 457-7000
John.guaragna@us.dlapiper.com

Matthew Satchwell (Pro Hac Vice)
Paul Steadman (Pro Hac Vice)
Stephanie Lim
DLA PIPER LLP (US)
444 West Lake Street, Suite 9000
Chicago, IL 60606
Phone: (312) 368-4000
Matthew.satchwell@us.dlapiper.com
Paul.steadman@us.dlapiper.com
stephanie.lim@us.dlapiper.com

*Attorneys for Defendants LG Electronics Inc., and LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 18, 2021 the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Michael Simons*
Michael Simons

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Gesture Technology Partners, LLC and counsel for LG Electronics Inc., and LG Electronics U.S.A., Inc. met and conferred, and all parties agree to filing the foregoing document as a joint notice.

*/s/ Michael Simons*
Michael Simons