## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 6:21-cv-00123 |
| v. | **JURY TRIAL DEMANDED** |
| LG ELECTRONICS INC. AND LG ELECTRONICS U.S.A., INC., | |
| Defendants | |

## JOINT STIPULATION

Plaintiff Gesture Technology Partners, LLC ("Plaintiff' or "GTP") and Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. (collectively, "LG") (collectively, the "Parties") hereby file this Joint Stipulation to Transfer Venue under 28 U.S.C. § 1406(a) to the United States District Court for the District of New Jersey.

**IT IS HEREBY STIPULATED AND AGREED** that the Parties request that the Court stay all relevant deadlines and enter an Order transferring this action to the District of New Jersey under 28 U.S.C. § 1406(a).

Dated: October 20, 2021

Respectfully submitted,

By: */s/ Michael Simons*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Gesture Technology Partners, LLC*

By: */s/ Matthew Satchwell*
John M. Guaragna
Texas Bar No. 24043308
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701
Phone: (512) 457-7000
John.guaragna@us.dlapiper.com

Matthew Satchwell (Pro Hac Vice)
Paul Steadman (Pro Hac Vice)
Stephanie Lim
DLA PIPER LLP (US)
444 West Lake Street, Suite 9000
Chicago, IL 60606
Phone: (312) 368-4000
Matthew.satchwell@us.dlapiper.com
Paul.steadman@us.dlapiper.com
stephanie.im@us.dlapiper.com

*Attorneys for Defendants LG Electronics Inc., and LG Electronics U.S.A., Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 20, 2021 the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Michael Simons*
Michael Simons
